Michael Kennedy
#1516203
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Katrina McClenny,
Chief Deputy Clerk
12th Court of Appeals
1517 W. Front St. Suite 354
Tyler, TX 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District
DEC 28 2015

RE: Case No. 12-11-0041-CR
Trial Court No. 29326
Style: Kennedy v. State,

Dear McClenny,

Please Find time to Assist Me, I Am Requesting For a copy OF the Motion to Recusal the 12th Court OF Appeals Judges, Please give me a copy OR an order OF the copies denied.

Thank You.

Michael Kennedy